UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD PERRY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV689 TCM |
| ) | |
| CHARLES DWYER, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

On June 19, 2006, I dismissed this petition for habeas corpus relief because it was time barred by several years. Fifteen months after the dismissal, petitioner filed a notice of appeal, motion for certificate of appealability, request for production of a state-court transcript (which, of course, this court does not have), and motion to proceed in forma pauperis. The notice of appeal is also time barred, and, even if it had been timely, I would have denied a certificate of appealability for the reasons stated in my earlier order. Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for certificate of appealability [#7], motion for transcript [#8], and motion for leave to proceed in forma pauperis [#9] are all denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of February, 2008.